**DISMISSED and Opinion Filed October 25, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00780-CV
No. 05-21-00781-CV
No. 05-21-00782-CV
No. 05-21-00783-CV

### IN RE DRALON PATTERSON, Relator

**Original Proceedings from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-25779-QL,**
**F19-75183-PL, F19-75218-PL & F19-40572-PL**

## MEMORANDUM OPINION

Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Nowell

Dralon Patterson has filed a petition for writ of mandamus requesting that the

trial court be compelled to either grant him a personal recognizance bond or else

reduce the total amount of bail in his pending cases to $10,000. As grounds for relief,

relator contends his bail is excessive and the trial court has erred in twice denying

his requests to reduce the amount of bail.

Although relator has filed these cases as mandamus proceedings, he actually

seeks interlocutory appeal of the trial court's bond determinations. The Court does

not have jurisdiction to review interlocutory appeals regarding excessive bail or the denial of bail. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014).

Accordingly, we dismiss these proceedings for want of jurisdiction.

/Erin A. Nowell//

210780f.p05
210781f.p05
210782f.p05
210783f.p05

ERIN A. NOWELL
JUSTICE